## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| KEVIN BRICKER, | |
| Plaintiff, | Case No.: 8:25-cv-01967-KKM-TGW |
| v. | |
| EQUIFAX, INC.; JP MORGAN CHASE BANK NATIONAL ASSOCIATION; TRANSUNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.; | |
| Defendants. | |

## DEFENDANT TRANS UNION, LLC'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant Trans Union LLC ("Trans Union") by and through its counsel of record and hereby files its Answer and Defenses to Plaintiff's Amended Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

### JURISDICTION AND VENUE

1.    Trans Union admits that Plaintiff purports to bring an action with Fair Credit Reporting Act ("FCRA") claims but denies the remaining allegations of this paragraph. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.

2.    Trans Union states that the allegations of this paragraph are legal

conclusions and, so stating, denies them.

3.      Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

## PARTIES

4.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

5.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

6.      Trans Union admits that it is a Delaware limited liability company with its principal place of business in Chicago, Illinois.

7.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

8.      Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## FACTUAL ALLEGATIONS

9.      Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial

under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

10. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

11. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

12. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

13. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this

paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

14.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

15.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

16.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

17.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

18.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

19.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

20.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

21.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

22.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

23.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations

asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

24.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

25.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

26.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

27.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations

6

asserted against it.

28.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

29.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

30.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

31.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union states that it lacks knowledge or information

sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

32.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

33.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

34.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

35.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial

under Rule 8(b)(5).

36.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

37.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

38.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

39.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

40.    Trans Union states that it lacks knowledge or information sufficient to

form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

41.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

42.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

43.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

44.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

45.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

46.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial

under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

47.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

48.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

49.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

50.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

51.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

52.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

53.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

54.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or

tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

55.     Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

56.     Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal

conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

57.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

58.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans

Union as they do not constitute allegations asserted against it.

59.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

60.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

61.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about April 9, 2025, in connection with the Chase account or

tradeline. Trans Union further admits that it forwarded correspondence to Plaintiff in response thereto. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

62.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

63.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

64.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

65.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, as they apply to Trans Union. Trans

16

Union denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

66.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

67.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

68.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

69.    Trans Union admits that it received correspondence, purportedly from

Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

70.     Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

71.     Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or

tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

72.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

73.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection

therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

74.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

75.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its

investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

76.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

77.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself.

Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

78.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

79.    Trans Union admits that it received correspondence, purportedly from Plaintiff, on or about May 12, 2025, in connection with the Chase account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that the remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

80.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the allegations of this

paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

81.    Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

82.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

83.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

84.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

85.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

86.    Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

87.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

88.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

89.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

90.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

91.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

92.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

93.    Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

94.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

95.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

96.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

97.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

98.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

99.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

100.    Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

101.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

102.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

103.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

104.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

105.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

106.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

107.   Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

108.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

109.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

110.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

111.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

112.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

113.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

114.   Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

115.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

116.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

117.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

118.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

119.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

120.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they

do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

121.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

122.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

123.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

124.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

125.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

126.   Trans Union denies the allegations of this paragraph, as they apply to

Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

127.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

128.   Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

129.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

## COUNT I AS TO CHASE'S VIOLATION OF THE
## FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681s-2(b)

130.   Trans Union admits the allegations contained in this Paragraph.

131.   Trans Union admits that the third-party referenced occasionally furnishes consumer credit information to Trans Union, but otherwise Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

132.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

133.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

134.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

135.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

136.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

137.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

138.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

139.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they

do not constitute allegations asserted against it.

140.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

141.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

142.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT II AS TO CHASE'S VIOLATION OF RESPA 12 U.S.C. § 2605(g) and REGULATION X § 1024.35

143.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

144.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

145.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

146.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

147.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

148.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

149.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

150.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

151.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

152.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

153.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

154.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

155.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

156.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

157.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

158.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

159.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

160.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

161.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

162.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

163.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

164.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

165.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

166.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

167.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

## COUNT III AS TO CHASE'S VIOLATION OF RESPA 12 U.S.C. § 2605(g) and REGULATION X § 1024.36

168.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

169.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

170.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

171.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

172.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

173.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

174.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

175.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

176.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

177.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

178.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

179.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

180.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

181.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

182.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

183.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

184.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

185.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

186.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

187.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

188.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

189.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

190.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

191.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

192.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

193.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## **COUNT IV AS TO CHASE'S CONSTRUCTIVE FRAUD**

194.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

195.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

196.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

197.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

198.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

199.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

200.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

201.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

202.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

203.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

204.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

205.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

206.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

207.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

208.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted

against it.

209.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

210.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

211.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

212.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

213.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## COUNT V AS TO EXPERIAN'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

214.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

215.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

216.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

217.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

218.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

219.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

220.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

221.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

222.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

223.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

224.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

225.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

226.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

227.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

228.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

229.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## COUNT VI AS TO TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

230.   Trans Union admits the allegations contained in this Paragraph.

231.   Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

232.   Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union states that the case(s) cited speaks for itself.

233.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union.

234.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

235.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

236.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union states that the allegations of this paragraph are legal

conclusions and, so stating, denies them.

237.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

238.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

239.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

240.   Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

241.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

242.   Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate

interpretation of the FCRA, Trans Union denies the same. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

243.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

244.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

245.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT VIII AS TO EQUIFAX'S VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i

246.    Trans Union admits the allegations contained in this Paragraph.

247.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

248.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

249.    Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

250.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

251.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

252.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

253.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

254.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

255.   Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

256.   Trans Union denies that the statements contained in this paragraph

require a response from Trans Union as they do not constitute allegations asserted against it.

257.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

258.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

259.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

260.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

261.    Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## **RELIEF REQUESTED**

Trans Union denies the allegations contained in the prayer paragraph of the Complaint, including all subparts.

## **DEFENSES**

1.      Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2.      Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3.      Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.      Trans Union at all times acted in compliance with the FCRA.

5.      Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

6.      Plaintiff's common law and/or state law claims are barred/preempted by the qualified immunity/privilege granted by the FCRA and state law.

7.      Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

8.      In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

9.      Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

10.     Plaintiff lacks standing to assert the claims alleged in this action against Trans Union.

11.     In the interest of justice, Trans Union may seek to transfer this matter pursuant to 28 U.S.C. § 1404, if this Court is not the most convenient venue for the parties and witnesses.

12.     Plaintiff's claim for declaratory relief is not authorized, provided for, or allowed under the FCRA.

WHEREFORE, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/Victor Allaham*
Victor Allaham, Esq. (FBN 1064459)
Victor.allaham@bipc.com
640 Fifth Avenue, 9th Floor
New York, NY 10019
(212) 440-4425
***Counsel for Trans Union LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/*Victor Allaham*
Victor Allaham (FBN 1064459)